# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2317
Lower Tribunal No. 2022DR-008392-0000-00

_____

S.M.E.,

Appellant,

v.

S.B., deceased, and S.M.E.,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Keith P. Spoto, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


S.M.E, Auburndale, pro se.

S.M.E., Flushing, New York, pro se.

No Appearance for Appellee, S.B.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED